ment and order affirmed, with costs, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Mary Ludwig Lewisohn, Respondent, v. Harper & Brothers, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Mellon-Stuart Company, Respondent, v. Loew's, Incorporated, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Mellon-Stuart Company, Respondent, v. Loew's, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Alexander Schneller and Betty Stenger Schneller, Executor and Executrix, Respectively, etc., of Bernhard Schneller, Deceased, Respondents, v. Adolph Schneller, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Pease & Elliman, Inc., Appellant, v. Guaranty Trust Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of George B. Smith, Respondent, against Ward Securities Corporation and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of 50 West 67th Street Corporation, Appellant, v. William E. Walsh, Chairman, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Cora Newman, as Executrix, etc., of Robert F. Schaffner, Deceased, Appellant, v. Henry Germann, as Sole Surviving Executor, etc., of Ernestine Schaffner, Deceased, and Others, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York, Respondent, v. Abraham Weinberger, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Edward H. Titus, Appellant, v. Lou C. Wallick, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

Lotos Oil and Distributing Corporation, Respondent, v. Andrew Allocco and Another, Defendants, Impleaded with Adelphia Allocco, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York, Respondent, v. Angelo Molino, Alias Tony Molino, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch and Pros-